[No. 68738-7-I.   Division One.   June 17, 2013.]

ACCESS ELECTRIC SUPPLY, INC., ET AL., *Respondents*, v. BNCC, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-39741-8, Monica J. Benton, J., entered April 13, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Becker, JJ.

[Nos. 68993-2-I; 69151-1-I.   Division One.   June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. E.G. ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 12-8-00297-7, Barbara A. Mack, J., entered June 21, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ.

[No. 29920-1-III.   Division Three.   June 18, 2013.]

*In the Matter of the Detention of* JASON MUNS.

THE STATE OF WASHINGTON, *Respondent*, v. JASON MUNS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-2-02586-6, Cameron Mitchell, J., entered May 10, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[Nos. 30550-3-III; 30551-1-III.   Division Three.   June 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DUKE COOMBES, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 07-1-03527-4, Annette S. Plese, J., entered January 13, 2012. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.